IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| JUDICIAL WATCH, INC., | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 13-0197 (BAH) |
| | ) | |
| v. | ) | |
| | ) | |
| U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES | ) ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

## NOTICE OF FILING PROOF OF SERVICE

Plaintiff Judicial Watch, Inc. respectfully submits the attached Declaration of Cristina Rotaru as proof that service of process has been effected on Defendant, the U.S. Attorney General, and the U.S. Attorney for the District of Columbia in the above-captioned matter.

Dated: February 26, 2013

Respectfully submitted,

JUDICIAL WATCH, INC.

/s/ Paul J. Orfanedes
D.C. Bar No. 429716
425 Third St., SW, Suite 800
Washington, DC 20024
Tel:   (202) 646-5172
Fax:   (202) 646-5199

*Attorneys for Plaintiff*