**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| JUDICIAL WATCH, INC., | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 13-00197 (BAH) |
| | ) | |
| v. | ) | |
| | ) | |
| U.S. DEPARTMENT | ) | |
| OF HEALTH & HUMAN SERVICES | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

**JOINT STATUS REPORT**

The parties, by counsel and pursuant to the Court's Standing Order for Civil Cases entered in this matter on February 25, 2013, respectfully submit this Joint Status Report:

1.       This action arises under the Freedom of Information Act, 5 U.S.C. § 552 ("FOIA"). The basis for the Court's jurisdiction is 28 U.S.C. § 1331.

2.       Plaintiff, a not-for-profit educational organization, served a FOIA request on Defendant, a federal agency, on November 1, 2012 and initiated this FOIA lawsuit on February 14, 2013.   Defendant granted Plaintiff a fee waiver on or about March 7, 2013 and produced records responsive to Plaintiff's request, without redactions or withholdings, on or about March 12, 2013. On or about March 13, 2013, Defendant notified Plaintiff that also had referred Plaintiff's request to another component of Defendant, the Centers for Disease Control and Prevention, for further response.   On March 21, 2013, Defendant filed an Answer to Plaintiff's Complaint.

3.       Defendant has not yet completed its response to Plaintiff's FOIA request. Consequently, the parties believe it is premature to propose a schedule for the filing of dispositive motions.

4.       Plaintiff instead proposes that Defendant have until April 22, 2013 in which to provide Plaintiff with a reasonable date certain by which Defendant will complete its response to Plaintiff's FOIA request and that the parties file a further Joint Status Report on or before April 29, 2013.

5.       The Defendant is in the process of responding to Plaintiff's FOIA request but is unable to definitively state when it will complete its response.     Therefore, the Defendant proposes that it give the Plaintiff an update on its processing by April 22, 2013 and that the parties file a further Joint Status Report on or before April 29, 2013.

6.       Barring unforeseen developments, the parties do not believe that an appearance before the Court will be necessary prior to resolution of dispositive motions or any jointly agreed settlement of the litigation.

7.       The parties believe this matter is likely to be resolved through the filing of dispositive motions, if not by the agreement of the parties.

Dated:   April 4, 2013

/s/ David F. Rothstein
DAVID F. ROTHSTEIN
D.C. Bar. No. 450035
JUDICIAL WATCH, INC.
425 Third Street, S.W., Suite 800
Washington, DC 20024
Tel:     (202) 646-5172
Email: drothstein@judicialwatch.org

*Attorneys for Plaintiff*

Respectfully submitted,

RONALD C. MACHEN, JR.
D.C. Bar No. 447889
United States Attorney

DANIEL F. VAN HORN,
Chief, Civil Division
D.C. Bar No. 924092

/s/ Andrea McBarnette
ANDREA McBARNETTE
Assistant United States Attorney
D.C.Bar No. 483789
555 Fourth Street, N.W.
Washington, DC   20530
Tel:     (202) 514-753
Email: Andrea.McBarnette@usdoj.gov

*Attorneys for Defendant*

- 2 -