UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

JUDICIAL WATCH, INC.

        Plaintiff,

v.

U.S. DEPARTMENT OF HEALTH AND
  HUMAN SERVICES,

        Defendant.

Civ. A. No. 13-197 (BAH)

**JOINT STATUS REPORT**

    Pursuant to the Court's April 12, 2013 Order, the parties submit this joint status report.

    This action arises under the Freedom of Information Act, 5 U.S.C. § 552 ("FOIA"). Plaintiff, a not-for-profit educational organization, served a FOIA request on Defendant, the Department of Health and Human Services (HSS), on November 1, 2012 and initiated this FOIA lawsuit on February 14, 2013.

    Defendant granted Plaintiff a fee waiver on or about March 7, 2013 and produced records responsive to Plaintiff's request, without redactions or withholdings, on or about March 12, 2013.  On or about March 13, 2013, Defendant notified Plaintiff that it also had referred Plaintiff's request to another component of Defendant, the Centers for Disease Control and Prevention (CDC), for further response.  On April 12, 2013, Court ordered the parties to file a joint status report by April 29, 2013.

    The Defendant has found all responsive documents and is now in the final stages of its review of all outstanding documents.  The Defendant intends to file another status report by May 20, 2013.

Dated:  April 29, 2013                               Respectfully submitted,

| | |
|---|---|
| _____/s/_____<br>DAVID F. ROTHSTEIN<br>D.C. Bar. No. 450035<br>JUDICIAL WATCH, INC.<br>425 Third Street, S.W., Suite 800<br>Washington, DC 20024<br> (202) 646-5172<br>drothstein@judicialwatch.org<br><br>Attorneys for Plaintiff | RONALD C. MACHEN JR.<br>D.C. BAR #447889<br>United States Attorney<br><br>DANIEL F. VAN HORN<br>D.C. Bar # 924092<br>Chief, Civil Division<br><br>_____/s/_____<br>ANDREA McBARNETTE<br>D.C. Bar # 483789<br>Assistant United States Attorney<br>555 Fourth Street, N.W.<br>Washington, D.C. 20530<br>(202) 514-7153<br>Andrea.McBarnette@usdoj.gov<br><br>Attorneys for Defendant |