# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JUDICIAL WATCH, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 13-00197 (BAH) |
| ) | |
| U.S. DEPARTMENT OF ) | |
| HEALTH & HUMAN SERVICES, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

## PLAINTIFF'S STATUS REPORT

Plaintiff, by counsel and pursuant to this Court's Order entered in this matter on May 2, 2013, respectfully submits this Status Report. The undersigned attempted to contact Defendant's counsel on multiple occasions to discuss the filing of this status report, but received no response. As a result, Plaintiff is filing this report on its own:

1. This action arises under the Freedom of Information Act, 5 U.S.C. § 552 ("FOIA"). The basis for the Court's jurisdiction is 28 U.S.C. § 1331.

2. Plaintiff, a not-for-profit educational organization, served a FOIA request on Defendant, a federal agency, on November 1, 2012 and initiated this FOIA lawsuit on February 14, 2013. Defendant granted Plaintiff a fee waiver on or about March 7, 2013 and produced records responsive to Plaintiff's request, without redactions or withholdings, on or about March 12, 2013. On or about March 13, 2013, Defendant notified Plaintiff that also had referred Plaintiff's request to another component of Defendant, the Centers for Disease Control and Prevention, for further response. On March 21, 2013, Defendant filed an Answer to Plaintiff's Complaint.

1

3.   Pursuant to this Court's Orders on February 25, 2013, April 15, 2013, and May 2, 2013, the parties filed joint status reports on April 4, 2013, April 29, 2013, and May 20, 2013.

4.   Defendant produced a second set of documents to Plaintiff on or about May 20, 2013.

5.   Defendant stated in a letter accompanying its second production of documents that a third and final response to Plaintiff's FOIA request would be forthcoming.

6.   As of this date, Plaintiff has not received Defendant's third and final response to its FOIA request.

7.   Plaintiff proposes that the parties in this matter file a further status report by July 10, 2013.

Dated:   June 19, 2013                                        Respectfully submitted,

/s/ David F. Rothstein
DAVID F. ROTHSTEIN
D.C. Bar. No. 450035
JUDICIAL WATCH, INC.
425 Third Street, S.W., Suite 800
Washington, DC 20024
Tel:   (202) 646-5172
Email: drothstein@judicialwatch.org

*Attorneys for Plaintiff*